Lillian Dober, appellee, v. City of Chicago, appellant. Gen. No. 36,051.

Heard in the first division of this court for the first district at the June term, 1932. Opinion filed November 14, 1932.

William H. Sexton and Alexander M. Smietanka, for appellant; Frank H. Novak and Carl J. Appell, of counsel. Philip Rosenthal, for appellee; John B. King, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Hardin-Lavin Company, appellee, v. Constantino Melone, appellant. Gen. No. 36,097.

Heard in the first division of this court for the first district at the June term, 1932. Opinion filed November 14, 1932. Rehearing denied November 28, 1932.

Cairoli Gigliotti, for appellant. Walter E. Moss, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Emil A. Peterson and Mabel F. Peterson, appellees, v. Union Bank of Chicago, appellant. Gen. No. 36,109.

Heard in the first division of this court for the first district at the June term, 1932. Opinion filed November 14, 1932. Rehearing denied November 28, 1932.

Daniel A. Uretz, for appellant. England, Dodge & O'Toole, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Verne W. Fugate, appellee, v. Toledo, Peoria & Western Railroad, appellant. Gen. No. 35,901.

Heard in the first division of this court for the first district at the April term, 1932. Opinion filed November 14, 1932.

Winston, Strawn & Shaw, for appellant; Silas H. Strawn, J. M. Elliott, Charles J. McFadden and George B. Christensen, of counsel. Royal W. Irwin, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.